# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MICHAEL ROBINSON

NO. 2026 KW 0071

**JANUARY 27, 2026**

---

In Re: State of Louisiana, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-25-00632.

---

BEFORE: **THERIOT, BALFOUR, AND HAGGERTY,**[1] **JJ.**

**WRIT DENIED.**

> MRT
> KEB
> BDH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] **Haggerty, J.** serving *pro tempore*, by special appointment of the Louisiana Supreme Court.